**IN UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

**RELIANCE STANDARD LIFE INSURANCE COMPANY,**

**PLAINTIFF,**

**V.** | **CIVIL ACTION NO.: 3:25-cv00030-TES**

**HOSIE STEPHENS, III, MURICO STEPHENS, AND MAGGIE ANN STEPHENS,**

**DEFENDANTS.**

CONSENT ORDER TO DISBURSE FUNDS PAID INTO COURT REGISTRY

The Court ORDERS that the Clerk of Court disburse the sum of SEVENTY-EIGHT THOUSAND AND NO/100 ($78,000.00), plus all accrued interest less any amounts necessary for administrative fees of the Court to WILLIAM BUSHNELL, TRUSTEE FOR THE MAGGIE ANN STEPHENS TRUST ("Defendant").

SO ORDERED this 24 day of September, 2026.

TILMAN E. SELF, III
UNITED STATES DISTRICT COURT